UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VEROBLUE FARMS USA, INC,

           Plaintiff,

– v.–

CANACCORD GENUITY LLC,

           Defendant.

**ORDER**

20 Civ. 4394 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On June 5, 2020, Judge Brantley Starr of the U.S. District Court for the Northern District of Texas issued an omnibus order that resolved 10 motions, including motions to dismiss filed by various defendants.  (Dkt. No. 291)  Judge Starr granted the motions to dismiss in part and gave Plaintiff 28 days, or until July 3, 2020, to file an amended complaint resolving deficiencies in its pleading.  (Id. at 67)

        As to claims against defendant Canaccord Genuity LLC, Judge Starr transferred those claims to this District.  (Id.)  The case was assigned to this Court on June 17, 2020.  To the extent that Plaintiff wishes to file an amended complaint with respect to its claims against Canaccord, any such complaint must be filed by **July 3, 2020**.  To the extent that Canaccord plans to move to dismiss that complaint, the parties should submit a joint letter with an agreed-upon briefing schedule by **July 10, 2020**.

Dated: New York, New York
       June 18, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge