```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VEROBLUE FARMS USA INC,                :        20-CV-4394 (PGG) (RWL)
                                       :
                    Plaintiff,         :        **ORDER**
                                       :
        - against -                    :
                                       :
CANACCORD GENUITY LLC,                 :
                                       :
                    Defendant.         :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

If Plaintiff has any comments on the proposed order submitted by Defendant at Dkt. 345, Plaintiff shall meet and confer with Defendant. By October 28, 2020, the parties shall file a joint letter informing the Court whether Plaintiff has no objections (apart from preserving any objection to the Court's October 19, 2020 Order at Dkt. 343) to the proposed order or otherwise stating the parties' positions.

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated:    October 23, 2020
          New York, New York

Copies transmitted to counsel of record via-ECF.

1