UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2020
```

VEROBLUE FARMS USA, INC.,

        Plaintiff,

v.

CANACCORD GENUITY LLC,

        Defendant.

Civil Action No. 1:20-cv-04394-JPC-RWL

### ~~[PROPOSED]~~ ORDER CONCERNING DISCOVERY SCHEDULE

This Order resolves the discovery scheduling issues raised by the parties. Having considered Canaccord Genuity LLC's ("Canaccord") October 22, 2020 submission, IT IS HEREBY ORDERED that:

1. All discovery in this action is stayed until 14 days following the Court's ruling on Canaccord's forthcoming motion to dismiss the operative Fourth Amended Complaint;

2. As of the date of this Order, the parties to the action captioned *VeroBlue Farms USA, Inc. v. Wulf, et al.*, No. 3:19-cv-00764-X (N.D. Tex.) (the "Texas Action") shall be permitted to submit non-party discovery requests on Canaccord;

3. The operative Scheduling Order (Dkt. No. 333) is vacated, except that the Parties shall exchange Rule 26(a)(1) initial disclosures on or before October 28, 2020;

4. If the Court denies Canaccord's forthcoming motion to dismiss the operative Fourth Amended Complaint in whole or in part, or grants said motion without prejudice in whole or in part, the parties are directed to submit a new proposed scheduling order within 14 days following the Court's ruling;

2

5. Canaccord's counsel of record in this action will accept subpoenas to Canaccord served by the parties to the Texas Action via email to Canaccord's counsel of record in this action;

6. Magistrate Judge Lehrburger or any successor of his shall resolve any motions pertaining to any subpoenas to Canaccord arising out of the Texas Action; and

7. Nothing in this Order shall be construed as disturbing any objections, defenses, or rights that the parties may have with respect to any such non-party discovery requests submitted in the Texas Action.

Dated: 10/29/2020

IT IS SO ORDERED.

_____
ROBERT W. LEHRBURGER
United States Magistrate Judge