UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

VEROBLUE FARMS USA INC.,

                    Plaintiff,

        -v-

CANACCORD GENUITY LLC,

                    Defendant.

------------------------------------------------------------------X

20-CV-4394 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

        The Court will hear argument on the pending motions to dismiss and for sanctions on August 2, 2021 at 2:00 p.m.  The Court plans to conduct the oral argument in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  The parties should advise the Court by July 23, 2021 if they prefer to have argument occur remotely and, if so, the reason for that request.

        SO ORDERED.

Dated: July 14, 2021
      New York, New York

                                 JOHN P. CRONAN
                          United States District Judge