# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

VEROBLUE FARMS USA INC.,

                Plaintiff,                          20 **CIVIL** 4394 (JPC)

       -against-                          **JUDGMENT**

CANACCORD GENUITY LLC,

                Defendants.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 1, 2021, the Court grants Canaccord's motion to dismiss the Fourth Amended Complaint with prejudice, denies Canaccord's motion to dismiss the Third Amended Complaint as moot, and denies Canaccord's motions sanctions; accordingly, this case is closed.

**Dated:**  New York, New York
          September 1, 2021

                                                            **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                                        **BY:**

                                                               **Deputy Clerk**