UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VEROBLUE FARMS USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> CANACCORD GENUITY LLC, <br><br> Defendant. | Civil Action No.: 20 Civ. 4394 (JPC) <br><br> **PLAINTIFF VEROBLUE FARMS USA, INC.'S NOTICE OF APPEAL** |

### PLAINTIFF VEROBLUE FARMS USA, INC.'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff VeroBlue Farms USA, Inc. in the above-named case appeals to the United States Court of Appeals for the Second Circuit from this Court's Opinion and Order filed and entered on September 1, 2021 (Dkt. No. 397), which granted with prejudice Defendant Canaccord Genuity LLC's motion to dismiss the Fourth Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), as well as the accompanying final judgment entered that same day (Dkt. No. 398).

Dated: September 30, 2021
      Chicago, Illinois

                                                        THOMPSON COBURN LLP

                                                        */s/ Robert H. Lang*

                                                        Robert H. Lang (appearing *pro hac vice*)
                                                        55 East Monroe, 37th Floor
                                                        Chicago, IL 60603
                                                        312-346-7500
                                                        rhlang@thompsoncoburn.com

        Nicole L. Williams (appearing *pro hac vice*)
Jasmine Wynton
2100 Ross Ave., Suite 3200
Dallas, TX 75201
972-629-7100
nwilliams@thompsoncoburn.com
jwynton@thompsoncoburn.com

**HOLLAND & KNIGHT LLP**

Stuart J. Glick
Brittney M. Edwards
900 Third Avenue, 20th Floor
New York, New York 10022
Tel.: 212.751.3392
Fax: 214.880.3290
Stuart.Glick@hklaw.com
Brittney.Edwards@hklaw.com

*Attorneys for Plaintiff VeroBlue Farms USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2021, the foregoing document was filed and served upon all counsel of record via the Court's CM/ECF system.

        */s/ Robert H. Lang*